DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
701 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

ATTORNEYS FOR DEFENDANT
GENNARO DiMATTEO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:12CR-0407 KJM |
| Plaintiff, | |
| vs. | **Stipulation to Amend Conditions of Release and [Proposed] Order** |
| GENNARO DiMATTEO | |
| Defendant. | |

Donald H. Heller, Esq., attorney for Defendant Gennaro DiMatteo, and the Government by and through Jason Hitt, Assistant U.S. Attorney here by stipulate and agree that the conditions of release be hereby amended to add condition 14 which states as follows:

14. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial

1

**Stipulation to Amend Conditions of Release
and [Proposed] Order**
CASE NO. 2:12CR-0407 KJM

services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Dated:  January 23, 2013    　　　　　*/s/ Donald H. Heller*
　　　　　　　　　　　　　　　　　　DONALD H. HELLER
　　　　　　　　　　　　　　　　　　A Law Corporation

　　　　　　　　　　　　　　　　　　*/s/ Jason Hitt*
　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

ORDER

Approved and so ordered that the following condition of release number 14 is here by added:

14.  You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial  services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Dated:  January 24, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Dimatteo0407.stipord.amd.cor.doc

2

**Stipulation to Amend Conditions of Release
and [Proposed] Order
CASE NO.  2:12CR-0407 KJM**